IN THE CIRCUIT COURT OF THE
13TH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

SUE WORLEY,

    Plaintiff,
vs.

WAL-MART STORES EAST, LP, a    Case No: 17-CA-008215 Div C
foreign limited partnership,

    Defendant.
_____/

## COMPLAINT

Plaintiff, SUE WORLEY, sues Defendant, WAL-MART STORES EAST, LP, a foreign limited partnership (hereinafter "WAL-MART"), and states the following:

1. This is a cause of action for damages in excess of $15,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Hillsborough County, Florida.

4. Defendant, WAL-MART, is foreign limited partnership licensed and authorized to do business in the State of Florida and doing business in Hillsborough County, Florida.

5. On or about July 18, 2015, Defendant, WAL-MART, was the owner and in possession of the premises at 11110 Causeway Boulevard in Brandon, Hillsborough County, Florida.

6. At that time and place, Plaintiff, SUE WORLEY, was lawfully on the premises described above.

SUE WORLEY vs. WAL-MART STORES EAST, LP
CASE NO.: 17-CA-008215 Div C
COMPLAINT
Page 2 of 3

7. Defendant, WAL-MART, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Defendant, WAL-MART, negligently maintained the premises by allowing a slippery foreign substance to accumulate and remain on the store's floor for an unreasonable length of time, so that Plaintiff stepped on the foreign substance, slipped and fell on the premises.

9. Specifically, Defendant, WAL-MART, negligently:

a) Failed to exercise due care to maintain the premises in a safe condition;

b) Failed to adequately inspect the premises;

c) Allowed an unsafe condition to exist on the premises;

d) Failed to make the premises safe for invitees; and

e) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

10. Defendant, WAL-MART, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

11. Defendant, WAL-MART, had actual or constructive notice of the dangerous condition.

12. As the direct and proximate result of the negligence of Defendant, WAL-MART, Plaintiff, SUE WORLEY, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life,

SUE WORLEY vs. WAL-MART STORES EAST, LP
CASE NO.: 17-CA-008215 Div C
COMPLAINT
Page 3 of 3

expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, SUE WORLEY, demands judgment for damages against Defendant, WAL-MART.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this **30TH** day of August, 2017.

By:_____s/ Hubert McGinley_____
**HUBERT MCGINLEY, ESQUIRE**
Attorney Email:   HMcGinley@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 827215
Attorneys for Plaintiff, SUE WORLEY
Schwed, Adams, Sobel, & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida  33418
Telephone:  (561) 694-6079
Facsimile:   (561) 694-6089